

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Javier Haro Becerra

**Petitioner,**

**V.**

Civil Action No. 26-cv-3074-AGS-SBC

See Attachment

**JUDGMENT IN A CIVIL CASE**

**Respondent.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

For the reasons stated on the record, the petition for a writ of habeas corpus is GRANTED. The case is hereby closed.

Date: _____ 07/02/2026 _____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ M. Fujita _____

M. Fujita, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.**  26-cv-3074-AGS-SBC

Respondents:

Jeremy Casey
in his official capacity as Warden of Imperial Regional Detention Facility

Gregory J. Archambeault
in his official capacity as San Diego Field Office Director, ICE Enforcement Removal Operations

Todd Lyons
in his official capacity as Acting Director of ICE

Markwayne Mullin
in his official capacity as Secretary of Homeland Security

Todd Blanche
Acting U.S. Attorney General

Immigration and Customs Enforcement

Department of Homeland Security